IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

KEITH D. MOSES                                                                                          PLAINTIFF

v.                                    Civil No. 4:15-cv-04002

OFFICER OLLER, Hempstead County
Detention Facility (HCDF); OFFICER
CASSEY, HCDF; OFFICER DUNHAM,
HCDF; and JAILER SUSAN HANSON,
HCDF                                                                                                 DEFENDANTS

## ORDER

Plaintiff has filed a motion (ECF No. 1) for leave to proceed *in forma pauperis* (IFP). The motion (ECF No. 1) is granted. Pursuant to the Prison Litigation Reform Act, the Clerk is directed to collect the $350 filing fee from the Plaintiff.

Plaintiff has filed a motion to supplement the complaint (ECF No. 6). The motion (ECF No. 6) is granted. The Clerk is directed to file the motion as a supplement to the complaint.

The Court hereby directs the United States Marshal to serve the Defendants. The Defendants may be served at the Hempstead County Detention Facility, 312 South Washington Street, Hope, AR 71801. The Defendants should be served with the Complaint (Doc. 1) and the Supplement.

Defendants are to be served without prepayment of fees and costs or security therefor. The Defendants are ordered to answer within twenty-one (21) days from the date of service.

**The Clerk is directed to prepare and issue summons and a USM 285 for each Defendant being served.**

IT IS SO ORDERED this 11th day of March 2015.

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE