IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

KEITH D. MOSES                                                                                         PLAINTIFF

v.                                      Civil No. 4:15-CV-04002-SOH-BAB

OFFICER OLLER, *et. al.*                                                                           DEFENDANTS

## ORDER

Plaintiff filed a Motion to Voluntarily Dismiss this case without prejudice on November 1, 2016. ECF No. 47. Defendants have filed no objection to Plaintiff's Motion. The Clerk is directed to treat this as a stipulation of dismissal pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and dismiss this case without prejudice.

**IT IS SO ORDERED** this 29th day of November 2016.

/s/  Barry A. Bryant
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE